UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT VAHIED SALEHI,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No.  1:26-cv-03934-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING CLERK TO ISSUE THE SCHEDULING ORDER AND SUMMONS<br><br>(Doc. 2) |

Pending before the Court is Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social Security appeal.  (Doc. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.

Accordingly, it is **ORDERED**:

1.  Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2.  The Clerk is directed to issue the Scheduling Order and summons.  **Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.**

Dated:     June 24, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE